UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In re:
BETSEY WARREN LEBBOS,
     Debtor.
_____/

| | |
|---|---|
| BETSEY WARREN LEBBOS, | No. 2:08-cv-00680-MCE |
|     Appellant, | |
|   v. | **NON-RELATED CASE ORDER** |
| LINDA SCHUETTE, | |
|     Appellee. | |

_____/

| | |
|---|---|
| BETSEY WARREN LEBBOS, | No. 2:08-cv-1896-FCD |
|     Appellant, | |
|   v. | |
| LINDA SCHUETTE, | |
|     Appellee. | |

_____/

| | |
|---|---|
| BETSEY WARREN LEBBOS, | No. 2:08-cv-01726-FCD |
|     Appellant, | |
|   v. | |
| LINDA SCHUETTE, | |
|     Appellee. | |

_____/

1 | The Court has received the Notice of Related Cases
2 | concerning the above-captioned cases filed August 18 and 19,
3 | 2008.  See Local Rule 83-123, E.D. Cal. (1997).
4 | The Court has determined, however, that it is inappropriate to
5 | relate or reassign the cases, and therefore declines to do so.
6 | This Order is issued for informational purposes only, and shall
7 | have no effect on the status of the cases, including any previous
8 | Related (or Non-Related) Case Order of this Court.
9 | IT IS SO ORDERED.
10 | Dated: October 29, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE